

# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2022

No. 04-22-00474-CR

**EX PARTE** Wilmar Geovani Sambrano **GUEVARA**

From the County Court, Kinney County, Texas
Trial Court No. 10373CR
Honorable Dennis Powell, Judge Presiding

# O R D E R

On July 28, 2022, appellant Wilmer Geovani Sambrano Guevara filed a notice of appeal stating his intent to appeal an order denying his pretrial application for writ of habeas corpus. In his notice of appeal, appellant indicates the trial court signed the order on July 27, 2022. On August 10, 2022, the Kinney County District Clerk filed the clerk's record, but the clerk's record did not include the July 27, 2022 order or a copy of the trial court's certification of the defendant's right to appeal as required by Rule 25.2 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 25.2 (requiring trial court's certification of defendant's right of appeal "each time it enters a judgment of guilt or other appealable order"); *see also Ex parte Tarango*, 116 S.W.3d 201, 203 (Tex. App.—El Paso 2003, no pet.) (explaining that "order denying habeas corpus relief is an appealable order within the meaning of Rule 25.2(a)(2)").

We therefore **order** the Kinney County District Clerk to file a supplemental clerk's record containing all items required to be contained in the clerk's record, including any orders signed on July 27, 2022 and a copy of the trial court's certification of the defendant's right to appeal, **by September 6, 2022**. *See* TEX. R. APP. P. 34.5(c)(1) (authorizing appellate court to direct trial court clerk to file supplement containing items omitted from clerk's record), (2) (providing that where appellate court orders trial court to prepare and file certification of right to appeal, trial court clerk must "prepare, certify, and file in the appellate court a supplemental clerk's record").

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of August, 2022.



_____

Michael A. Cruz,
Clerk of Court